UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LUIS GUEVARA, JUAN RODRIGUEZ,
and LEIDY RODRIGUEZ,

                        Plaintiffs,

          -against-

ERIC BELANGER and 9013-5393
QUEBEC INC.,

                        Defendants.
-----------------------------------------------------------------X

23 Civ. 8969 (GS)

<u>ORDER</u>

**GARY STEIN, United States Magistrate Judge:**

      Given the Stipulation of Voluntary Dismissal recently submitted by the parties (Dkt. No. 23), the status conference scheduled for July 10, 2024 is hereby adjourned *sine die* pending the approval of the parties' stipulation by the Clerk's Office and the Court.

**SO ORDERED.**

DATED:    New York, New York
               July 9, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge