UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LUIS GUEVARA, JUAN RODRIGUEZ,
and LEIDY RODRIGUEZ,

                        Plaintiffs,                  23 Civ. No. 8969 (GS)

          -against-                      **ORDER**

ERIC BELANGER and 9013-5393
QUEBEC INC.,

                        Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

        On July 10, 2024, the parties filed a joint stipulation of voluntary dismissal (Dkt. No. 25). The docket reflects that on July 11, 2024, the Clerk of Court found this attempt to be deficient. However, the parties never made an additional attempt to dismiss this case. In light of the foregoing procedural history, the parties are directed to correctly file a stipulation of dismissal by **Tuesday, October 15, 2024.**

        SO ORDERED.

DATED:    October 3, 2024
                New York, New York

_____
The Honorable Gary Stein
United States Magistrate Judge